IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00119 |
| | ) | Judge Trauger |
| MARK METZ | ) | |

## O R D E R

A revocation hearing was held on August 18, 2014. The defendant pled guilty to Violations 2 through 6 in the Petition (Docket No. 38), and the court finds those violations **ESTABLISHED**. It is hereby **ORDERED** that the defendant's supervised release is **REVOKED**, and he is sentenced to serve three (3) months in custody, after which he will be placed back on supervised release to complete the present term under the present conditions.

It is so **ORDERED**.

ENTER this 18th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge